UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA08-554M (Dft #1) |
| v. | ORDER FOR TEMPORARY DETENTION |
| DAI NGUYEN | 18 USC §3142(d) |
| DEFENDANT(S). | |

The Court finds that the above-named defendant:

☐      is / was at the time of commission of a federal / state / local offense on release:

     X      pending trial for a felony

     ☐      pending imposition / execution of sentence

     ☐      pending appeal of sentence / conviction

     ☐      pending completion of sentence

     ☐      probation / parole for any offense

     ☐      is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and      ☐      may flee

     X      pose a danger to a person or the community as follows: DEFENDANT IS CHARGED WITH DRUG CONSPIRACY CONDUCT SIMILAR TO THAT WHICH HE WAS PREVIOUSLY CHARGED WITH IN SAN BERNARDINO COUNTY.

IT IS ORDERED that the defendant be detained for a period not to exceed ten (10) court days.

IT IS FURTHER ORDERED that the U.S. Attorney notify: SAN BERNARDINO COUNTY SUPERIOR COURT
*Appropriate Court*

_____, _____, _____
*Probation or Parole Officer*   *State or local law enforcement*   *INS*

IT IS FURTHER ORDERED that if SAN BERNARDINO COUNTY fails or declines to take
*State Name of Appropriate Official*

custody of defendant, a further bail hearing shall be set on OCTOBER 20, 2008 at 2:00 P.M.

in Courtroom 6A

DATED: OCTOBER 7, 2008

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

M-8 (6/98)      ORDER FOR TEMPORARY DETENTION - 18 USC §3142(d)